1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  PAMELA STICKLER, | CASE NO. 07CV803-BEN (BLM) |
| 12                              Plaintiff, | **ORDER DENYING** |
| 13      vs. | **1) APPLICATION TO PROCEED** *IN FORMA PAUPERIS*; |
| 14  NATIONWIDE DESIGNS, | **2) MOTION TO ADD COMPANIES** **(Docket Nos. 2, 7)** |
| 15                              Defendant. | |

17      Currently before the Court is Plaintiff Pamela Stickler's motion to proceed *in forma*
18 *pauperis* pursuant to 28 U.S.C. § 1915, which is supported by Plaintiff's Declaration submitted
19 under penalty of perjury.
20      All parties instituting any civil action, suit or proceeding in a United States District Court
21 must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure
22 to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant
23 to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's
24 affidavit in support of her application does not indicate that paying the filing fee will be a
25 substantial hardship given her stated financial resources. Plaintiff indicates that she is currently
26 employed and that she receives monthly income from that employment resulting in $850.00 net
27 income per pay period. Plaintiff does not indicate that she has any monthly debt other than student
28 loans, which are currently in deferment and do not require present payment. Therfore, Plaintiff's

1 | Motion is **DENIED.** Plaintiff's Motion to Add Companies is similarly **DENIED**.
2 |     **IT IS SO ORDERED.**
3 |
4 | DATED: September 14, 2007
5 |
6 |                       Hon. Roger T. Benitez
                      United States District Judge